1  A. Marquez Bautista (SBN 27129)
2  Brian Leach (SBN 244744)
   LEACH & McGREEVY, LLP
3  2833 Laguna Street
   San Francisco, CA 94123
4  Telephone: 415-775-4455
   Facsimile:  415-775-7435
5  E-mail: lmlawsf@aol.com

6  Attorneys for Plaintiff
   SERENA WONG

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 SERENA WONG,                    )   Case No.    CV-13-3497 PJH
                                   )
13         Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                   )   TO REMAND
14 vs.                             )
                                   )
15 ACA INSURANCE COMPANY, AAA      )
   NEVADA FIRE AND CASUALTY        )
16 INSURANCE COMPANY, WESTERN      )
   UNITED AAA INSURANCE COMPANY,   )
17 AAA INSURANCE GROUP, DOES 1     )
   through 10, inclusive,          )
18                                 )
           Defendants.             )
19 _____ )

20

21

22

23

24

25

26

27

28

Plaintiff SERENA WONG and defendant ACA INSURANCE COMPANY, by and through their attorneys of record, stipulate that this case be remanded to the San Francisco County Superior Court. The parties further agree to bear their own attorneys' fees and costs associated with the removal and remand and to waive their right to seek sanctions from the opposing party and its attorneys related to removal or remand.

Dated: August 10, 2013

LEACH & McGREEVY, LLP

By: _____
A. Marquez Bautista
Brian Leach
Attorneys for Plaintiff
SERENA WONG

Dated: August 15, 2013

CODDINGTON, HICKS & DANFORTH

By: _____
R. Wardell Loveland
Carrie Dupic Huynh
Attorneys for Defendant
ACA INSURANCE COMPANY

IT IS SO ORDERED

Dated: August 16, 2013

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

STIPULATION AND ORDER TO REMAND
Case No.: CV-13-3497

2

**CERTIFICATE OF SERVICE**

I, the undersigned, say,

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am employed in the City and County of San Francisco by the law firm of Leach & McGreevy, LLP, 2833 Laguna Street, San Francisco, California 94123. I am over the age of 18 years and not a party to the within action.

On **August 15, 2013,** I served the attached document(s) in the following manner on the following persons:

STIPULATION AND ORDER TO REMAND

**(A)**  <u>By First Class Mail</u>: I am readily familiar with the practice of Leach & McGreevy, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addresses(s) on the date indicated.

**(B)**  <u>By Personal Service</u>: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)**  <u>By Messenger Service</u>: I am readily familiar with the practice of Leach & McGreevy, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed by Western Messenger, with whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)**  <u>By United Parcel Service</u>: I am readily familiar with the practice of Leach & McGreevy, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business. I caused each such envelope/package to be delivered to United Parcel Service. with whom we have a direct billing account at the Union Street, San Francisco, California location to be delivered to the addressee(s) on the next business day.

**(E)**  <u>By Electronic Mail:</u> I caused each such document(s) to be transmitted via electronic mail to

1  the parties at the email addresses listed below:

2  **(F)**  <u>By Facsimile</u>: I caused each such document(s) to be served via facsimile electronic
3  equipment transmission (fax) and the party(ies) indicated by transmitting a true copy to the
4  following fax number(s):

5  **(G)** <u>By the Court's CM/ECF System</u>: I caused each such document(s) to be transmitted
6  electronically by posting such documents electronically to the ECF website of the United States
7  District Court for the Northern District of California, San Jose Division on all ECF-registered
8  parties in the action.

| SERVICE | ADDRESS | PARTY |
|---|---|---|
| A | R. Wardell Loveland<br>Carrie Dupic Huynh<br>Coddington Hicks & Danforth APC<br>555 Twin Dolphin Dr #300<br>Redwood City, CA 94065-2133 | Attorney for: Defendant ACA INSURANCE COMPANY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I further declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed this **August 15, 2013**, at San Francisco, California.

_____
Andrew MacColl